UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | 1:16-cv-00843-RLY-DKL |
| vs. | ) ) ) | |
| JOHN LADD, SR. | ) ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

Pursuant to the court's ruling issued this day, the court now enters final judgment in favor of Plaintiffs, Dish Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC, and against Defendant, John Ladd, Sr.

**SO ORDERED** this 13th day of September 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

1

Distributed via U.S. Mail:

John Ladd Sr.
9243 Wind River Court
Indianapolis, IN 46234